

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00666-CV

**IN THE MATTER OF A.K.A.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012JUV01430
The Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's "Order Modifying Disposition" of September 27, 2013, is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant, A.K.A., because he is indigent.

SIGNED June 11, 2014.

_____
Luz Elena D. Chapa, Justice